JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
ALLSTATE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTO GUERRA-LOPEZ, an individual, | Case No. 2:21-cv-00206-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| ALLSTATE INSURANCE COMPANY; DOES I through XV, and ROE Corporations I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ROBERTO GUERRA-LOPEZ, by and through his attorney of record, Gina M. Corena, Esq., and Mahna Pourshaban, Esq., of the Gina Corena & Associates, and Defendant, ALLSTATE INSURANCE COMPANY, by and through its attorneys of record, Lucian J. Greco, Esq., Jared G. Christensen, Esq., and Deleela M. Weinerman, Esq. of Bremer Whyte Brown & O'Meara, LLP, that all of Plaintiff's claims against ALLSTATE INSURANCE COMPANY be dismissed, with prejudice, the parties to

///
///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1498.033  4843-2190-4097.1

each bear their own fees and costs.

Dated this 18th day of March, 2021

GINA CORENA & ASSOCIATES

By: _____
Gina M. Corena, Esq.
Nevada Bar No. 10330
Mahna Pourshaban, Esq.
Nevada Bar No. 13743
Attorneys for Plaintiff,
Roberto Guerra-Lopez

Dated this 18th day of March, 2021

BREMER WHYTE BROWN & O'MEARA, LLP

By: _____
Lucian J. Greco, Jr, Esq.
Nevada Bar No. 10600
Jared G. Christensen, Esq.
Nevada Bar No. 11538
Deleela M. Weinerman, Esq.
Nevada Bar No. 13985
Attorneys for Defendant,
Allstate Insurance Company

IT IS SO ORDERED.

Dated this ____19____ day of March, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** in 2:21-cv-00206-GMN-BNW was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

_____
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Ivey Weinerman, Esq.
Nevada State Bar No. 13985
Attorneys for Defendant,
Allstate Insurance Company

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1498.033  4843-2190-4097.1